

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00288-CV

## IN RE CCI GULF COAST UPSTREAM, LLC

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied
Opinion delivered and filed October 19, 2016
[OT06]

